8 F.3d 812
 Parker (Florence R., Lori N.)
v.
Link Community School, Inc., Verrelli (Mr. James), Devario
(Ms. Susan), Cable (Ms. Dawn), Babcock (Mrs. Barbara),
Talevera (Ms. R.), Sister Marie Paul, Executive Board of
Link Community School, Inc., Sister Veritas, O.P., Link
Community, Project Link Parent and Teacher Board, John Doe, Jane Doe
 NO. 93-5054
 United States Court of Appeals,
Third Circuit.
 Sept 30, 1993
 
 Appeal From: D.N.J.,
 Bassler, J.
 
 
 1
 AFFIRMED.